UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re:<br><br>BRYAN TIMMONS<br><br>    Debtor. | Chapter 13<br>Case No. 19-13920-JEB |
|---|---|

**OBJECTION OF U.S. BANK TRUST TO**
**CONFIRMATION OF**
**<u>CHAPTER 13 PLAN</u>**

NOW COMES U.S. Bank Trust, N.A., as Trustee of Lodge Series IV Trust, as serviced by BSI Financial Services ("**U.S. Bank Trust**") and objects to confirmation of the Chapter 13 plan of Bryan Timmons (the "**Debtor**"). In support of its objection to confirmation, U.S. Bank Trust states as follows.

**STATEMENT OF MATERIAL FACTS**

1. On October 8, 2004, the Debtor executed a promissory note in favor of GMAC Mortgage Corporation for a loan in the amount of $255,000.00 (the "**Note**").

2. On October 8, 2004, as security for his obligations under the Note, the Debtor granted a mortgage (the "**Mortgage**") on certain real property known as and numbered 21 Crooked River Road, Wareham, Massachusetts (the "**Property**").

3. The Note and the Mortgage for the Property have been assigned to U.S. Bank Trust.

1

**Bankruptcy Petition**

4. On November 15, 2019, the Debtor filed a voluntary Chapter 13 petition with this Court, commencing the above-captioned case. Doc. No. 1.

5. On December 9, 2019, the Debtor filed his Chapter 13 plan (the "**Plan**"). Doc. No. 20.

6. Pursuant to the Plan, the Debtor proposes to pay $78,000.00 in prepetition arrears via the Chapter 13 Trustee and maintain regular ongoing mortgage payments. Id.

7. U.S. Bank Trust's claim consists, in relevant part, of approximately $96,172.33 in prepetition arrears.

**GROUNDS FOR OBJECTION TO PLAN**

8. U.S. Bank Trust respectfully asks this Court to refuse to confirm the Plan for the following reason.

**Failure to Provide for Pre-Petition Arrears**

9. U.S. Bank Trust objects to the proposed treatment and asserts that the Plan is unconfirmable over its objection.

10. The Plan provides for the maintenance of ongoing monthly payments pursuant to the Note and Mortgage, to be paid directly to the Creditor, but only provides for the payment of 78,000.00 in prepetition arrears through the Plan.

11. The loan currently has prepetition arrears of approximately $96,172.33 and a current balance of approximately $346,492.38. By the filing of this Objection to the Debtor's Chapter 13 Plan, Creditor hereby sets forth its demand for payment and intent

to hold the Debtor liable for the debt.   The deadline for filing non-governmental proofs of claim is January 24, 2020.

WHEREFORE, in light of the foregoing, U.S. Bank Trust respectfully requests that this Court enter an order:

(a) Denying confirmation of the Debtor's amended Chapter 13 plan; and

(b) Granting U.S. Bank Trust such other and further relief as is just and proper.

Respectfully submitted,

U.S. BANK TRUST, N.A., AS TRUSTEE OF LODGE SERIES IV TRUST, AS SERVICED BY BSI FINANCIAL SERVICES,

By its attorney,

*/s/ Michael E. Swain, Esq.*
Michael E. Swain, Esq. (BBO#676513)
Demerle Hoeger, LLP
84 State Street
Boston, MA 02109
(617) 337-4444
MSwain@DHNewEngland.com

DATE: December 26, 2019

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re:<br><br>BRYAN TIMMONS<br><br>  Debtor. | Chapter 13<br>Case No. 19-13920-JEB |
|---|---|

## CERTIFICATE OF SERVICE

I, Michael E. Swain, Esq. of the law firm of Demerle Hoeger, LLP, hereby certify that I have this 26th day of December 2019 served on behalf of U.S. Bank Trust, N.A., as Trustee of Lodge Series IV Trust, as serviced by BSI Financial Services., an <u>Objection of U.S. Bank Trust to Confirmation of Amended Chapter 13 Plan</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent by electronic mail via the Case Management / Electronic Case Files (ECF) system and by private electronic mail to all parties not appearing electronically but entitled to service per the Federal Rules of Bankruptcy Procedure.

| Bryan Timmons<br>21 Crooked River Road<br>Wareham, MA 02571 (M) | Patrick L. Mead<br>Law Offices of Patrick L. Mead<br>160 Old Derby Street, Suite 107<br>Hingham, MA 02043 (ECF) |
|---|---|
| Carolyn Bankowski<br>Chapter 13 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 (ECF) | John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 (ECF) |

/s/ *Michael E. Swain, Esq.*
Michael E. Swain, Esq.

1